09-1609-pr
Brown v. Raimondo

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21ˢᵗ day of April, two thousand ten.

PRESENT:
> ROGER J. MINER,
> JOSÉ A. CABRANES,
> RICHARD C. WESLEY,
> *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANTONIO BROWN,

> *Plaintiff-Appellant,*

> -v.- No. 09-1609-pr

SERGEANT RAIMONDO, D. WELLS, C.O., R. WALDMAN, C.O., R. ZIMMERMAN, C.O.,

> *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**COUNSEL FOR APPELLANT:** Antonio Brown, *pro se*, Alden, NY.

**COUNSEL FOR APPELLEES:** Robert M. Goldfarb, Assistant Solicitor General (Andrew M. Cuomo, Attorney General of the State of New York; Barbara D. Underwood, Solicitor General; Nancy A. Spiegel, Senior Assistant Solicitor General, *of counsel*) Albany, NY.

Appeal from a judgment of the United States District Court for the Northern District of New

York (Glenn T. Suddaby, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff Antonio Brown appeals from the March 25, 2009 judgment of the District Court denying plaintiff's motion for summary judgment and granting defendants' motion for summary judgment. On appeal, plaintiff argues that the District Court erred in concluding that there was no question of material fact as to whether defendants violated plaintiff's rights under the Eighth Amendment and that defendants were entitled to judgment as a matter of law. We assume the parties' familiarity with the facts and procedural history of this case.

We have reviewed each of plaintiff's claims and find them to be without merit. Substantially for the reasons stated by Magistrate Judge Randolph S. Treece in his careful and thoughtful report and recommendation of February 25, 2009, *see Brown v. Raimondo*, 06-CV-0773 (N.D.N.Y. February 25, 2009), which the District Court adopted, *see Brown v. Raimondo*, 06-CV-0773 (N.D.N.Y. March 25, 2009), the March 25, 2009 judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk